FILED
October 11, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:18CR00024-GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| RAYSHAWN WRAY, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __RAYSHAWN WRAY__, Case No. __2:18CR00024-GEB__, Charge __18USC § 371__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond $_____

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other) __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __October 11, 2019__ at __2:00 pm__.

By    /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge

Copy 2 - Court