1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  RAYSHAWN WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYSHAWN WRAY,<br><br>Defendant. | Case No.: 2:18-cr-024 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:   Hon. Troy L. Nunley<br><br>Date:    March 19, 2020<br>Time:   9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Timothy Delgado and Attorney Todd D. Leras on behalf of Defendant Rayshawn Wray, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from January 16, 2020 to March 19, 2020.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

The change of plea in this matter occurred before Senior United States District Judge Garland E. Burrell, Jr. The original sentencing date was January 10, 2020. A reassignment of the matter, based on the retirement of Judge Burrell, resulted in a change of the sentencing date to January 16, 2020 (ECF Entries 116 and 120). Defense counsel requests continuance of the sentencing to March 19, 2020.

The government does not object to the requested continuance and the assigned probation officer has confirmed his availability on the requested date. The continuance requires adjustment of the previously-set disclosure schedule as follows:

1. Draft Pre-Sentence Report: February 6, 2020

2. Informal Objections to Draft Pre-Sentence Report: February 20, 2020;

3. Final Pre-Sentence Report Date: February 27, 2020;

4. Motion for Correction Date: March 5, 2020; and

5. Reply Date: March 12, 2020.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Timothy Delgado has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: January 6, 2020

By  */s/ Todd D. Leras for*
    TIMOTHY DELGADO
    Assistant United States Attorney

DATED: January 6, 2020   By  */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    RAYSHAWN WRAY

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to March 19, 2020, at 9:30 a.m. The Court adopts the modified Pre-Sentence Investigation Report deadline proposed by the parties.

IT IS SO ORDERED.

DATED: January 7, 2020

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE