LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
RAYSHAWN WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYSHAWN WRAY,<br><br>Defendant. | Case No.: 2:18-cr-024 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:  Hon. Troy L. Nunley<br><br>Date:   April 30, 2020<br>Time:   9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Timothy Delgado and Attorney Todd D. Leras on behalf of Defendant Rayshawn Wray, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from March 19, 2020 to April 30, 2020.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defense counsel requests the continuance because he needs additional time to prepare for the sentencing hearing. This preparation time includes completing sentencing mitigation investigation. Mr. Wray and his family live in the area surrounding Victorville, California, a driving distance of about six hours from Sacramento. The investigation is needed to address relevant sentencing factors under 18 U.S.C. § 3553(a) as expressly permitted by the terms of Mr. Wray's Plea Agreement.

The government does not object to the requested continuance and the assigned probation officer has confirmed his availability on the requested date. Mr. Wray's probation interview and the draft Pre-Sentence Investigation Report have been prepared. There is therefore a limited adjustment of the previously-set disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: March 26, 2020;

2. Final Pre-Sentence Report Date: April 9, 2020;

3. Motion for Correction Date: April 16, 2020; and

4. Reply Date: April 23, 2020.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Timothy Delgado has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: February 28, 2020

By   */s/ Todd D. Leras for*
      TIMOTHY H. DELGADO
      Assistant United States Attorney

DATED: February 28, 2020

By   */s/ Todd D. Leras*
      TODD D. LERAS
      Attorney for Defendant
      RAYSHAWN WRAY

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

# ORDER

The Judgment and Sentencing Hearing in this matter is continued to April 30, 2020, at 9:30 a.m. The Court adopts the modified Pre-Sentence Investigation Report deadline proposed by the parties.

IT IS SO ORDERED.

DATED: March 4, 2020

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE