LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
RAYSHAWN WRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYSHAWN WRAY,<br><br>    Defendant. | Case No.: 2:18-cr-024 TLN<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |

    Defendant Rayshawn Wray is presently released on conditions pending his sentencing hearing after resolving his case pursuant to written plea agreement on October 11, 2019. Mr. Wray entered a guilty plea to Count One of the Superseding Indictment, Conspiracy to Manufacture and Deal Firearms Without a Federal Firearms License in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A). His sentencing hearing has been continued due to re-assignment of the case to this Court following the retirement of Senior United States District Judge Garland E. Burrell, Jr.

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Rayshawn Wray by and through his attorney Todd D. Leras, stipulate as follows:

1. The same day that Mr. Wray entered his guilty plea before Judge Burrell, October 11, 2019, United States Magistrate Judge Deborah Barnes granted an unopposed Motion for Release on Conditions (ECF Docket Entries 100 and 105).

2. Mr. Wray lives in Hesperia, California, and is presently supervised by a pretrial services officer in the Central District of California.

3. On March 31, 2020, Pretrial Services Officer Melissa Haberer notified the parties that Mr. Wray communicated to his supervising officer that he was suffering from stressors related to the coronavirus pandemic, resulting family tension, and issues related to visitation with his minor son. Mr. Wray indicated that he felt in danger of violating drug and alcohol conditions imposed as part of his release order (ECF Entry 111). Given Mr. Wray's compliance with his conditions no formal action is requested as to his release status. Pretrial Services is requesting the addition of a term providing for medical or psychiatric treatment. Mr. Wray believes that he could benefit from counseling and therefore agrees with the requested modification.

The parties therefore request modification of Mr. Wray's Special Conditions of Release to add the following condition:

"You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based on your ability to

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

pay, as determined by the pretrial services officer."

Assistant U.S. Attorney Justin Lee has reviewed this stipulation and proposed order and authorized (via email) Todd Leras to sign it on his behalf.

DATED: March 31, 2020

By   /s/ *Todd D. Leras for*
    JUSTIN LEE
    Assistant United States Attorney

DATED: March 31, 2020

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    RAYSHAWN WRAY

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the following Special Condition of Release be added Mr. Wray's release conditions:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based on your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

DATED: APRIL 1, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS