1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  RAYSHAWN WRAY

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11                                    | Case No.: 2:18-cr-024 TLN

12  UNITED STATES OF AMERICA,

13              Plaintiff,              AMENDED STIPULATION AND ORDER
                                        TO CONTINUE SENTENCING HEARING
14  vs.                                 AND MODIFY PRE-SENTENCE REPORT
                                        DEADLINES
15  RAYSHAWN WRAY,

16              Defendant.              Court:   Hon. Troy L. Nunley
                                        Date:    July 23, 2020
17                                      Time:    9:30 a.m.

18

19

20

21

22

23      The parties to this action, Plaintiff United States of America by and through Assistant

24  U.S. Attorney Justin Lee and Attorney Todd D. Leras on behalf of Defendant Rayshawn Wray,

25  submit this request to continue the date presently set for Judgment and Sentencing in the above-

26  referenced matter from April 30 to July 23, 2020.

27  ORDER CONTINUING
    SENTENCING HEARING AND
28  MODIFYING PSR SCHEDULE

The change of plea in this matter occurred before Senior United States District Judge Garland E. Burrell, Jr. A reassignment of the matter, based on the retirement of Judge Burrell, resulted in a change of the sentencing date to January 16, 2020 (ECF Entries 116 and 120). The matter was continued by stipulation to March 19, 2020. Assistant U.S. Attorney Justin Lee thereafter replaced former Assistant U.S. Attorney Timothy Delgado as the prosecutor assigned to this matter shortly before the COVID-19 crisis. Mr. Wray lives in Hesperia, California, approximately 420 miles from downtown Sacramento. The distance between Mr. Wray's home and counsel's office complicates in-person meetings to prepare for the sentencing hearing, particularly due to current shelter in place orders. Given these unusual circumstances, defense counsel requests continuance of the sentencing to July 23, 2020.

The government does not object to the requested continuance and the assigned probation officer has confirmed his availability on the requested date. The draft Pre-Sentence Report has been prepared. The continuance therefore requires adjustment of the previously-set disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report:  June 18, 2020;

2. Final Pre-Sentence Report Date:   June 25, 2020;

3. Motion for Correction Date:  July 9, 2020; and

4. Reply Date:  July 16, 2020.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

DATED: April 27, 2020

By <u>  /s/ Todd D. Leras for       </u>
　　　JUSTIN LEE
　　　Assistant United States Attorney

DATED: April 27, 2020

By <u>  /s/ Todd D. Leras            </u>
　　　TODD D. LERAS
　　　Attorney for Defendant
　　　RAYSHAWN WRAY

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to July 23, 2020, at 9:30 a.m. The Court adopts the modified Pre-Sentence Investigation Report deadline proposed by the parties.

IT IS SO ORDERED.

DATED: April 27, 2020

　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE