PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00024-TLN |
| | ) | |
| Plaintiff, | ) | **ORDER TO TRANSPORT FEDERAL DETAINEE** |
| | ) | |
| v. | ) | |
| | ) | |
| RAYSHAWN WRAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Marshals Service is **HEREBY ORDERED** to transport RAYSHAWN WRAY, #77066-112, from the San Bernardino Central Detention Center to the Sacramento County Main Jail.  The Marshals Service shall complete the transportation of the defendant to the Sacramento County Main Jail by no later than Thursday, September 2, 2021.

DATED:  August 3, 2021

Troy L. Nunley
United States District Judge