UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEPTEMBER 16, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

RAYSHAWN WRAY,

    Defendant.

Case No. 2:18-CR-00024-TLN-03

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RAYSHAWN WRAY, Case No. 2:18-CR-00024-TLN-03, Charges 18 U.S.C. §§ 371 and 922(a)(1)(A), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond   $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): TIME SERVED.

Issued at Sacramento, California on September 16, 2021.

Troy L. Nunley
United States District Judge